UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :    INDICTMENT

       -v.-                        :

ABU KAMARA,                       :    07 CRIM 747

              Defendant.       :

- - - - - - - - - - - - - - - - - - x

## COUNT ONE

The Grand Jury charges:

1.  From in or about April 2007 until in or about June 2007, in the Southern District of New York and elsewhere, ABU KAMARA, the defendant, unlawfully, willfully, and knowingly, did execute and attempt to execute a scheme and artifice to defraud a financial institution, the deposits of which were insured by the FDIC, to wit, KAMARA deposited three stolen United States Treasury checks in an account at HSBC Bank USA, NA, at branches in the Bronx and Manhattan.

(Title 18, United States Code, Sections 1344(1) and 2.)

### FORFEITURE ALLEGATION AS TO COUNT ONE

2.  As a result of committing the offense alleged in Count One of this Indictment, ABU KAMARA, the defendant, shall forfeit to the United States pursuant to 18 U.S.C. § 982, any property constituting or derived from proceeds obtained directly or indirectly as a result of the bank fraud offense.

### Substitute Asset Provision

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third person;

(3) has been placed beyond the jurisdiction of the Court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to 18 U.S.C. § 982(b), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Section 982 and
Title 18, United States Code, Section 1344.)


_Katherine H. Brooke_
FOREPERSON

_Michael J. Garcia_
MICHAEL J. GARCIA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

ABU KAMARA,

Defendant.

**INDICTMENT**

07 Cr.

(18 U.S.C. §§ 1344(1) and 2)

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

*Katherine U. Brooks*
Foreperson.

8/13/07 TLC: Post 11/1/87 indictment filed. Assigned to Judge Preska.

Peck, MJ.