

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 25, 2007

**BY FACSIMILE**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/26/07
```

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re: <u>United States</u> v. <u>Abu Kamara</u>,
           07 Cr. 747 (LAP)

Dear Judge Preska:

      The initial pre-trial conference before Your Honor that was previously scheduled for September 26, 2007, at 4 p.m., has been rescheduled by Your Chambers for Monday, October 1, 2007, at 10 a.m.

      The Government respectfully requests that the Court exclude time from September 26, 2007 until October 1, 2007, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A). The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial because the continuance will allow the defendant to continue his review of the materials produced during discovery and to have any appropriate discussions regarding a possible disposition of this case.

SO ORDERED

*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

September 25, 2007

Hon. Loretta A. Preska
September 25, 2007
Page 2 of 2

      Defense counsel has specifically consented to this request for the exclusion of time.

                      Respectfully submitted,

                      MICHAEL J. GARCIA
                      United States Attorney

By: _____
    Adam S. Hickey
    Assistant United States Attorney
    Tel.: (212) 637-1039

cc:  David E. Patton, Esq.
      Attorney for Defendant