# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

Southern District of New York
John J. Byrnes
Attorney-in-Charge

October 24, 2007

The Honorable Loretta A. Preska
U.S. District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/26/07

Re: **United States v. Abu Kamara**, 07 Cr. 747 (LAP)

Dear Judge Preska:

I write on behalf of my client, Abu Kamara, to request an adjournment of today's status conference. The Government consents to this request.

Mr. Kamara and the Government continue to discuss a possible disposition in the case. Mr. Kamara has asked to make a formal submission to the Government requesting a reduction in charge, and the Government has agreed to consider the submission. Both parties anticipate a resolution within thirty days. I have spoken with Your Honor's chambers about a possible adjourn date and learned that November 29, 2007 at 4:00 is convenient for the Court.

Mr. Kamara consents to an exclusion of time under the Speedy Trial Act until that time. The additional time serves the interest of justice as it will allow the parties to attempt to resolve the case without the need for a trial and outweighs Mr. Kamara's and the public's interest in a speedy trial.

SO ORDERED
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

October 24, 2007

Respectfully submitted,

David Patton
Attorney for Mr. Kamara
(212) 417-8762

cc: Assistant U.S. Attorney Adam Hickey

TOTAL P.002