# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

Southern District of New York
John J. Byrnes
Attorney-in-Charge

November 26, 2007

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #:*
*DATE FILED: 11/28/07*

Re: **United States v. Abu Kamara, 07 Cr. 747 (LAP)**

Dear Judge Preska:

    I write on behalf of my client, Abu Kamara, to request an adjournment of the status conference currently scheduled for November 29, 2007. The Government consents to this request.

    (1) On November 21, 2007, Mr. Kamara submitted a written request to the Government seeking a reduction in charge. The Government will require time to review the request before making a decision. Both parties anticipate a resolution within approximately two to three weeks. I have spoken with Your Honor's chambers about a possible adjourn date and learned that December 19, 2007 at 12:30 p.m. is convenient for the Court.

    (2) Mr. Kamara consents to an exclusion of time under the Speedy Trial Act until that time. The additional time serves the interest of justice as it will allow the parties to attempt to resolve the case without the need for a trial and outweighs Mr. Kamara's and the public's interest in a speedy trial.

SO ORDERED
*/s/ Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
November 28, 2007

Respectfully submitted,
*/s/ David Patton*
David Patton
Attorney for Mr. Kamara
(212) 417-8762

cc: Assistant U.S. Attorney Adam Hickey