

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 19, 2007

**BY FACSIMILE**

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 12/21/07

     Re: United States v. Abu Kamara
         07 Cr. 747 (LAP)

Dear Judge Preska:

     On the defendant's motion, the pre-trial conference before Your Honor that was previously scheduled for today has been rescheduled by Your Chambers for January 23, 2008, at 4:45 p.m.

     The Government respectfully requests that the Court exclude time from today until January 23, 2008, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A). The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial because the continuance will allow the defendant to continue his review of the materials produced during discovery and to have any appropriate discussions regarding a possible disposition of this case.

SO ORDERED

*/s/ Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

December 20, 2007

Hon. Loretta A. Preska
December 19, 2007
Page 2 of 2

      Defense counsel has specifically consented to this request for the exclusion of time.

                                      Respectfully submitted,

                                      MICHAEL J. GARCIA
                                      United States Attorney

                      By: _____
                                    Adam S. Hickey
                                    Assistant United States Attorney
                                    Tel.: (212) 637-1039

cc: David E. Patton, Esq.
    Attorney for Defendant