

U.S. Department of Justice

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007*

January 23, 2008

**BY FACSIMILE**

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 1/28/08

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: <u>United States v. Abu Kamara</u>,
        07 Cr. 747 (LAP)

Dear Judge Preska:

①      The pre-trial conference before Your Honor that was previously scheduled for today has been rescheduled by Your Chambers for February 4, 2008, at 10:30 a.m.

②      The Government respectfully requests that the Court exclude time from today until February 4, 2008, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A). The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial because the continuance will allow the defendant to continue his review of the materials produced during discovery and to have any appropriate discussions regarding a possible disposition of this case.

SO ORDERED

*[signature: Loretta A. Preska]*

LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

January 25, 2008

Hon. Loretta A. Preska
January 23, 2008
Page 2 of 2

     Defense counsel has specifically consented to this request for the exclusion of time.

                         Respectfully submitted,

                         MICHAEL J. GARCIA
                         United States Attorney

By: _____
    Adam S. Hickey
    Assistant United States Attorney
    Tel.: (212) 637-1039

cc:  David E. Patton, Esq.
     Attorney for Defendant