

*

**FREE BUSINESS CHECKING**
**Statement of Account**
Account Number 076-91458-5

1

**February 24, 2007 - March 22, 2007**
Page 1 of 1

ABU KAMARA DBA 10-00076
A B CONSTRUCTION & PAINTING
1315 PROSPECT AVE APT 2B
BRONX NY 10459-2281

**Questions?**
Call 877-472-2249 or write:
HSBC
Fordham Office
One East Fordham Road
Bronx, N.Y. 10468-5487

MMARY OF ACTIVITY FOR THE PERIOD 02/24/07 TO 03/22/07 DATE OF LAST STATEMENT WAS 02/23/07

| | |
|---|---|
| YOUR BALANCE ON 02/23/07 WAS | 10,780.64 |
| THERE WERE CHECKS AND OTHER SUBTRACTIONS | -10,961.59 |
| THERE WERE DEPOSITS AND OTHER ADDITIONS | 200.00 |
| THERE WERE CHARGES AND FEES OF | -43.00 |
| THERE WERE EFT CHARGES OF | -1.50 |
| YOUR BALANCE ON 03/22/07 | -25.45 |

ANSACTION DETAIL

| TE STED | DESCRIPTION OF TRANSACTIONS | CHECKS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| '26/07 | [redacted] | [redacted] | | |
| '26/07 | [redacted] | [redacted] | | [redacted] |
| '28/07 | [redacted] | [redacted] | | |
| '28/07 | [redacted] | [redacted] | | |
| '28/07 | [redacted] | [redacted] | | |
| '28/07 | [redacted] | [redacted] | | |
| '28/07 | [redacted] | [redacted] | | 429.23 |
| '02/07 | CHECK #1006 | 621.68 | | -192.45 |
| '05/07 | SERVICE CHARGE FOR INSUFFICIENT FUNDS FOR ITEM(S) POSTED ON 03/02/07 THAT WERE PAID: 1 ITEM(S) | 33.00 | | -225.45 |
| '20/07 | DEPOSIT | | 200.00 | -25.45 |

## EMS PAID ON THIS STATEMENT:

UMBERED CHECKS:

1006 ...........621.68

THER ITEMS:

[redacted] [redacted] [redacted] 33.00

*lease examine your statement at once. For your convenience, structions for balancing your account are included.*

*If you change your address, please notify your branch office of your new address. All deposited items are credited subject to final payment.*

*or deposit accounts opened at an HSBC Bank branch located in California, Delaware, District of Columbia, Florida, New Jersey, New York, Oregon, ennsylvania, Washington, or for personal accounts opened by telephone or Internet, the accounts are held by HSBC Bank USA, N.A.*



*

**FREE BUSINESS CHECKING**
**Statement of Account**
Account Number 076-91458-5

4

**March 23, 2007 - April 23, 2007**
Page 1 of 2

ABU KAMARA DBA 10-00076
A B CONSTRUCTION & PAINTING
1315 PROSPECT AVE APT 2B
BRONX NY 10459-2281

**Questions?**
Call 877-472-2249 or write:
HSBC
Fordham Office
One East Fordham Road
Bronx, N.Y. 10468-5487

UMMARY OF ACTIVITY FOR THE PERIOD 03/23/07 TO 04/23/07 DATE OF LAST STATEMENT WAS 03/22/07

| | |
|---|---|
| YOUR BALANCE ON 03/22/07 WAS | -25.45 |
| THERE WERE CHECKS AND OTHER SUBTRACTIONS | -8,530.24 |
| THERE WERE DEPOSITS AND OTHER ADDITIONS | 8,596.00 |
| THERE WERE EFT CHARGES OF | -3.00 |
| YOUR BALANCE ON 04/23/07 | 37.31 |

RANSACTION DETAIL

| ATE OSTED | DESCRIPTION OF TRANSACTIONS | CHECKS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 3/27/07 | DEPOSIT | | 140.00 | 114.55 |
| 3/28/07 | PURCHASE ON 03/27 AT 1041 PROSPECT AVENUE BRONX NY | 10.07 | | 104.48 |
| 3/30/07 | PURCHASE MADE ON 03/28/07 AT LUKOIL 57357 PEQUANNOCK NJ | 20.00 | | 84.48 |
| 4/02/07 | PURCHASE ON 04/01 AT 1041 PROSPECT AVENUE BRONX NY | 17.74 | | 66.74 |
| 4/03/07 | DEPOSIT | | 7,996.00 | 8,062.74 |
| 4/06/07 | CHECK #1008 | 2,500.00 | | |
| 4/06/07 | CASH WITHDRAWAL ON 04/06 AT CHASE N.Y.C. NY | 701.50 | | |
| 4/06/07 | CASH WITHDRAWAL ON 04/06 AT PROSPECT MINI MARK BRONX NY | 60.99 | | |
| 4/06/07 | CASH WITHDRAWAL CHARGE 04/06 AT CHASE N.Y.C. NY | 1.50 | | |
| 4/06/07 | CASH WITHDRAWAL CHARGE 04/06 AT PROSPECT MINI MARK BRONX NY | 1.50 | | 4,797.25 |
| 4/09/07 | CHECK | 2,050.00 | | 2,747.25 |
| 4/13/07 | PURCHASE MADE ON 04/12/07 AT JETRO CASH & CARRY BRONX NY | 1,040.52 | | 1,706.73 |
| 4/16/07 | DEPOSIT | | 460.00 | |
| 4/16/07 | PURCHASE ON 04/14 AT 1041 PROSPECT AVE BRONX NY | 21.69 | | 2,145.04 |
| 4/19/07 | CHECK #1009 | 1,450.00 | | 695.04 |
| 4/20/07 | CHECK | 600.00 | | 95.04 |
| 4/23/07 | PURCHASE ON 04/22 AT 1041 PROSPECT AVENUE BRONX NY | 46.95 | | |
| 4/23/07 | PURCHASE MADE ON 04/19/07 AT TELEON CAFE NEW YORK NY | 10.78 | | 37.31 |

TEMS PAID ON THIS STATEMENT:

NUMBERED CHECKS:

#1008 .........2,500.00 #1009 .........1,450.00

*Please examine your statement at once. For your convenience, instructions for balancing your account are included.*

*If you change your address, please notify your branch office of your new address. All deposited items are credited subject to final payment.*

*For deposit accounts opened at an HSBC Bank branch located in California, Delaware, District of Columbia, Florida, New Jersey, New York, Oregon, Pennsylvania, Washington, or for personal accounts opened by telephone or Internet, the accounts are held by HSBC Bank USA, N.A. ... other HSBC Bank branch located in any other state, the accounts are held by HSBC National Bank USA.*



*

ABU KAMARA DBA
A B CONSTRUCTION & PAINTING

**FREE BUSINESS CHECKING**
**Statement of Account**
Account Number 076-91458-5

**March 23, 2007 - April 23, 2007**
Page 2 of 2

)THER ITEMS:

| | | | |
|---|---|---|---|
| 10.07 | 20.00 | 17.74 | 701.50 |
| 60.99 | 1.50 | 1.50 | 2,050.00 |
| 1,040.52 | 21.69 | 600.00 | 46.95 |
| 10.78 | | | |



*

**FREE BUSINESS CHECKING**
**Statement of Account**
Account Number 076-91458-5

**April 24, 2007 - May 22, 2007**
Page 1 of 1

ABU KAMARA DBA 10-00076
A B CONSTRUCTION & PAINTING
1315 PROSPECT AVE APT 2B
BRONX NY 10459-2281

**Questions?**
Call 877-472-2249 or write:
HSBC
Fordham Office
One East Fordham Road
Bronx, N.Y. 10468-5487

UMMARY OF ACTIVITY FOR THE PERIOD 04/24/07 TO 05/22/07 DATE OF LAST STATEMENT WAS 04/23/07

| | |
|---|---|
| YOUR BALANCE ON 04/23/07 WAS | 37.31 |
| THERE WERE CHECKS AND OTHER SUBTRACTIONS | -402.40 |
| THERE WERE DEPOSITS AND OTHER ADDITIONS | 450.00 |
| THERE WERE CHARGES AND FEES OF | -198.00 |
| YOUR BALANCE ON 05/22/07 | -113.09 |

RANSACTION DETAIL

| ATE OSTED | DESCRIPTION OF TRANSACTIONS | CHECKS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 4/25/07 | PURCHASE ON 04/25 AT 797 LEXINGTON AVE NEW YORK NY | 47.64 | | -10.33 |
| 4/26/07 | SERVICE CHARGE FOR INSUFFICIENT FUNDS FOR ITEM(S) POSTED ON 04/25/07 THAT WERE PAID: 1 ITEM(S) | 33.00 | | -43.33 |
| 4/27/07 | PURCHASE ON 04/27 AT CINGULAR POSABILITIES NEW YORK NY | 115.41 | | -158.74 |
| 4/30/07 | SERVICE CHARGE FOR INSUFFICIENT FUNDS FOR ITEM(S) POSTED ON 04/27/07 THAT WERE PAID: 1 ITEM(S) | 33.00 | | |
| 4/30/07 | PURCHASE MADE ON 04/26/07 AT BOSTON ROAD PHARMACY BRONX NY | 150.00 | | -341.74 |
| 5/01/07 | SERVICE CHARGE FOR INSUFFICIENT FUNDS FOR ITEM(S) POSTED ON 04/30/07 THAT WERE PAID: 1 ITEM(S) | 33.00 | | -374.74 |
| 5/03/07 | PURCHASE MADE ON 04/30/07 AT BOSTON ROAD PHARMACY BRONX NY | 41.64 | | -416.38 |
| 5/04/07 | SERVICE CHARGE FOR INSUFFICIENT FUNDS FOR ITEM(S) POSTED ON 05/03/07 THAT WERE PAID: 1 ITEM(S) | 33.00 | | -449.38 |
| 5/07/07 | DEPOSIT | | 450.00 | 0.62 |
| 5/10/07 | PURCHASE ON 05/09 AT 1041 PROSPECT AVENUE BRONX NY | 28.81 | | -28.19 |
| 5/11/07 | SERVICE CHARGE FOR INSUFFICIENT FUNDS FOR ITEM(S) POSTED ON 05/10/07 THAT WERE PAID: 1 ITEM(S) | 33.00 | | -61.19 |
| 5/14/07 | PURCHASE ON 05/12 AT 1041 PROSPECT AVENUE BRONX NY | 18.90 | | -80.09 |
| 5/15/07 | SERVICE CHARGE FOR INSUFFICIENT FUNDS FOR ITEM(S) POSTED ON 05/14/07 THAT WERE PAID: 1 ITEM(S) | 33.00 | | -113.09 |

## TEMS PAID ON THIS STATEMENT:

OTHER ITEMS:

| | | | |
|---|---|---|---|
| 47.64 | 33.00 | 115.41 | 33.00 |
| 150.00 | 33.00 | 41.64 | 33.00 |
| 28.81 | 33.00 | 18.90 | 33.00 |

*Please examine your statement at once. For your convenience, instructions for balancing your account are included.*

*If you change your address, please notify your branch office of your new address. All deposited items are credited subject to final payment.*

*For deposit accounts opened at an HSBC Bank branch located in California, Delaware, District of Columbia, Florida, New Jersey, New York, Oregon, Pennsylvania, Washington, or for personal accounts opened by telephone or Internet, the accounts are held by HSBC Bank USA, N.A. For deposit accounts opened at any other HSBC Bank branch located in any other state, the accounts are held by HSBC National Bank USA.*



*

**FREE BUSINESS CHECKING**
**Statement of Account**
Account Number 076-91458-5

3

**May 23, 2007 - June 22, 2007**
Page 1 of 2

ABU KAMARA DBA 10-00076
A B CONSTRUCTION & PAINTING
1315 PROSPECT AVE APT 2B
BRONX NY 10459-2281

**Questions?**
Call 877-472-2249 or write:
HSBC
Fordham Office
One East Fordham Road
Bronx, N.Y. 10468-5487

UMMARY OF ACTIVITY FOR THE PERIOD 05/23/07 TO 06/22/07 DATE OF LAST STATEMENT WAS 05/22/07

| | |
|---|---|
| YOUR BALANCE ON 05/22/07 WAS | -113.09 |
| THERE WERE CHECKS AND OTHER SUBTRACTIONS | -10,608.00 |
| THERE WERE DEPOSITS AND OTHER ADDITIONS | 10,853.79 |
| THERE WERE CHARGES AND FEES OF | -33.00 |
| THERE WERE EFT CHARGES OF | -7.50 |
| YOUR BALANCE ON 06/22/07 | 92.20 |

'RANSACTION DETAIL

| )ATE 'OSTED | DESCRIPTION OF TRANSACTIONS | CHECKS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 5/25/07 | DEPOSIT | | 500.00 | 386.91 |
| 5/29/07 | PURCHASE MADE ON 05/25/07 AT CINGULAR 7919 NEW YORK NY | 191.63 | | |
| 5/29/07 | PURCHASE ON 05/25 AT 1260 WESTCHESTER AVE BRONX NY | 130.00 | | |
| 5/29/07 | CASH WITHDRAWAL ON 05/28 AT PROSPECT MINI MARK BRONX NY | 60.99 | | |
| 5/29/07 | PURCHASE MADE ON 05/26/07 AT DOUBLE DISCOUNT STORES BRONX NY | 28.13 | | |
| 5/29/07 | CASH WITHDRAWAL CHARGE 05/28 AT PROSPECT MINI MARK BRONX NY | 1.50 | | -25.34 |
| 5/30/07 | SERVICE CHARGE FOR INSUFFICIENT FUNDS FOR ITEM(S) POSTED ON 05/29/07 THAT WERE PAID: 1 ITEM(S) | 33.00 | | -58.34 |
| 6/04/07 | DEPOSIT | | 10,353.79 | 10,295.45 |
| 6/07/07 | CASH WITHDRAWAL ON 06/06 AT S A GROCERY BRONX NY | 61.50 | | |
| 6/07/07 | CASH WITHDRAWAL CHARGE 06/06 AT S A GROCERY BRONX NY | 1.50 | | 10,232.45 |
| 6/08/07 | CHECK | 8,000.00 | | |
| 6/08/07 | CASH WITHDRAWAL ON 06/07 AT S A GROCERY BRONX NY | 201.50 | | |
| 6/08/07 | CASH WITHDRAWAL CHARGE 06/07 AT S A GROCERY BRONX NY | 1.50 | | 2,029.45 |
| 6/11/07 | PURCHASE ON 06/11 AT USPS 3558250106 BRONX NY | 65.70 | | |
| 6/11/07 | CASH WITHDRAWAL ON 06/11 AT 2371 GEROME AVE BRONX NY | 41.50 | | |
| 6/11/07 | CASH WITHDRAWAL CHARGE 06/11 AT 2371 GEROME AVE BRONX NY | 1.50 | | 1,920.75 |
| 6/12/07 | CHECK #1011 | 1,000.00 | | |
| 6/12/07 | CHECK #1010 | 25.00 | | 895.75 |
| 6/13/07 | PURCHASE MADE ON 06/12/07 AT CABLEVISION #7837 718-617-3500 NY | 253.25 | | 642.50 |
| 6/18/07 | PURCHASE MADE ON 06/09/07 AT TORGMAN IMPORT INC BRONX NY | 120.00 | | |
| 6/18/07 | CASH WITHDRAWAL ON 06/17 AT S A GROCERY BRONX NY | 101.50 | | |

*Please examine your statement at once. For your convenience, instructions for balancing your account are included.*

*If you change your address, please notify your branch office of your new address. All deposited items are credited subject to final payment.*

*For deposit accounts opened at an HSBC Bank branch located in California, Delaware, District of Columbia, Florida, New Jersey, New York, Oregon, Pennsylvania, Washington, or for personal accounts opened by telephone or Internet, the accounts are held by HSBC Bank USA, N.A. ... HSBC Bank branch located in any other state, the accounts are held by HSBC National Bank USA.*

*



ABU KAMARA DBA
A B CONSTRUCTION & PAINTING

**FREE BUSINESS CHECKING**
**Statement of Account**
Account Number 076-91458-5

**May 23, 2007 - June 22, 2007**
Page 2 of 2

ANSACTION DETAIL

| TE STED | DESCRIPTION OF TRANSACTIONS | CHECKS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| /18/07 | CASH WITHDRAWAL CHARGE 06/17 AT S A GROCERY BRONX NY | 1.50 | | 419.50 |
| /19/07 | CASH WITHDRAWAL ON 06/18 AT HSBC ATM ONE EAST FORDHAM ROAD BRONX NY | 100.00 | | 319.50 |
| /20/07 | PURCHASE MADE ON 06/18/07 AT AT&T 7919 NEW YORK NY | 227.30 | | 92.20 |

## EMS PAID ON THIS STATEMENT:

IUMBERED CHECKS:

| | |
|---|---|
| 1010 ............25.00 | #1011 .........1,000.00 |

OTHER ITEMS:

| | | | |
|---|---|---|---|
| 191.63 | 130.00 | 60.99 | 28.13 |
| 1.50 | 33.00 | 61.50 | 1.50 |
| 8,000.00 | 201.50 | 1.50 | 65.70 |
| 41.50 | 1.50 | 253.25 | 120.00 |
| 101.50 | 1.50 | 100.00 | 227.30 |



*

**FREE BUSINESS CHECKING**
**Statement of Account**
Account Number 076-91458-5

**June 23, 2007 - July 12, 2007**
Page 1 of 1

ABU KAMARA DBA 10-00076
A B CONSTRUCTION & PAINTING
1315 PROSPECT AVE APT 2B
BRONX NY 10459-2281

**Questions?**
Call 877-472-2249 or write:
HSBC
Fordham Office
One East Fordham Road
Bronx, N.Y. 10468-5487

INTERIM STATEMENT

**UMMARY OF ACTIVITY FOR THE PERIOD 06/23/07 TO 07/12/07** **DATE OF LAST STATEMENT WAS 06/22/07**

| | |
|---|---|
| YOUR BALANCE ON 06/22/07 WAS | 92.20 |
| THERE WERE CHECKS AND OTHER SUBTRACTIONS | -92.20 |
| THERE WERE DEPOSITS AND OTHER ADDITIONS | .00 |
| YOUR BALANCE ON 07/12/07 | .00 |

**RANSACTION DETAIL**

| ATE OSTED | DESCRIPTION OF TRANSACTIONS | CHECKS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 7/12/07 | TRANSACTION TO CLOSE ACCOUNT | 92.20 | | 0.00 |

**TEMS PAID ON THIS STATEMENT:**

**OTHER ITEMS:**

92.20

*Please examine your statement at once. For your convenience, instructions for balancing your account are included.*

*If you change your address, please notify your branch office of your new address. All deposited items are credited subject to final payment.*

*For deposit accounts opened at an HSBC Bank branch located in California, Delaware, District of Columbia, Florida, New Jersey, New York, Oregon, Pennsylvania, Washington, or for personal accounts opened by telephone or Internet, the accounts are held by HSBC Bank USA, N.A. For deposit accounts opened at any other HSBC Bank branch located in any other state, the accounts are held by HSBC National Bank USA.*



*

**FREE BUSINESS CHECKING**
**Statement of Account**
Account Number 076-91458-5

1

**June 23, 2007 - July 24, 2007**
Page 1 of 1

ABU KAMARA DBA 10-00076
A B CONSTRUCTION & PAINTING
1315 PROSPECT AVE APT 2B
BRONX NY 10459-2281

**Questions?**
Call 877-472-2249 or write:
HSBC
Fordham Office
One East Fordham Road
Bronx, N.Y. 10468-5487

MMARY OF ACTIVITY FOR THE PERIOD 06/23/07 TO 07/24/07

DATE OF LAST STATEMENT WAS 06/22/07

| | |
|---|---|
| YOUR BALANCE ON 06/22/07 WAS | 92.20 |
| THERE WERE CHECKS AND OTHER SUBTRACTIONS | -92.20 |
| THERE WERE DEPOSITS AND OTHER ADDITIONS | .00 |
| YOUR BALANCE ON 07/24/07 | .00 |

ANSACTION DETAIL

| ATE OSTED | DESCRIPTION OF TRANSACTIONS | CHECKS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| /12/07 | TRANSACTION TO CLOSE ACCOUNT | 92.20 | | 0.00 |

**EMS PAID ON THIS STATEMENT:**

**THER ITEMS:**

92.20

*Please examine your statement at once. For your convenience, instructions for balancing your account are included.*

*If you change your address, please notify your branch office of your new address. All deposited items are credited subject to final payment.*

*For deposit accounts opened at an HSBC Bank branch located in California, Delaware, District of Columbia, Florida, New Jersey, New York, Oregon, Pennsylvania, Washington, or for personal accounts opened by telephone or Internet, the accounts are held by HSBC Bank USA, N.A.*

HSBC

WITHDRAWAL NON-NEGOTIABLE

CHECKING ☐ SAVINGS ☐

ACCOUNT NAME: ABu Kamara

PLEASE PRINT

DATE 4/7/07

PAY THE SUM OF $ 2050.00

Two Thousand fifty xx DOLLARS

MY ACCOUNT NUMBER IS 076 9114585

ACCOUNT OWNER SIGNATURE

ACCOUNT OWNER SIGNATURE

HSBC DO NOT WRITE BELOW THIS LINE BR 166 SF (Rev. 6-06) APS # 075262

076914585 0000205000

CASH CHECK 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
$2050.00
04/07/2007 12:40:03
NEXT DAY BUSINESS
ANY BANK

021001088
HSBC BANK USA, N.A.
BROOKLYN, NY 04/09/07
420049482

| Account Number | Date Posted | Ird Ind | Check Number | Amount | Sequence Number | Tran Code |
|---|---|---|---|---|---|---|
| 00000000076914585 | 04/09/2007 | | 0000000000 | 2050.00 | 42494482 | 000000 |

Item 3 of 5

HSBC

WITHDRAWAL NON-NEGOTIABLE

CHECKING ☐ SAVINGS ☐

ACCOUNT NAME: Abu Kamara (PLEASE PRINT) DATE 6/8/07

PAY THE SUM OF Eight thousand $ 8000.00 DOLLARS

MY ACCOUNT NUMBER IS 076 ⑈ 914585 ⑈ 5

ACCOUNT OWNER SIGNATURE

ACCOUNT OWNER SIGNATURE

HSBC DO NOT WRITE BELOW THIS LINE BR 166 SF (Rev. 6/06) APS # 075262

076914585⑈ ⑆0000800000⑆

PAY ANY BANK
06/08/2007 09:53
07691458 $8000.00
CASH CHECK 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
J052 05436
⑆021001088⑆
HSBC BANK USA N.A.
BROOKLYN, NY 06/08/07
420862617

| Account Number | Date Posted | Ird Ind | Check Number | Amount | Sequence Number | Tran Code |
|---|---|---|---|---|---|---|
| 0000000076914585 | 06/08/2007 | | 0000000000 | 8000.00 | 42862617 | 000000 |

Item 5 of 5

LEGAL 1021 - PG 1 - BAA 5076053415 - BCH - BLURRY






LEGAL 1021 - PG 1 - BAA 5076053415 - BCH







| Account Number | Date Posted | Ird Ind | Check Number | Amount | Sequence Number | Tran Code |
|---|---|---|---|---|---|---|
| | 04/03/2007 | | 0000023078 | 7996.00 | 42144859 | 040307 |

Item 1 of 1


HSBC

DEPOSIT CHECKING ☐ SAVINGS ☐

OFFICE DATE 6/04/07

DEPOSIT FOR THE ACCOUNT OF

ABU KAMARA

MY ACCOUNT NUMBER IS 076914585

HSBC

| PLEASE ENDORSE EACH CHECK | DOLLARS | CENTS |
|---|---|---|
| CASH | | |
| COIN | | |
| CHECKS AS FOLLOWS ON: | 5996 | 00 |
| | 4357 | 79 |
| TOTAL ▶ | 10,353 | 79 |

For Bank Use Only

T/C

DO NOT WRITE BELOW THIS LINE

BR 97 SF (Rev. 6/06)
APS # 084843

0769145 85⑈ 5⑆0001035379⑆

DEPOSIT #076914585 $10353.79
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 14:59:51 06/04/2007

THANK YOU

▶021001088◀
HSBC BANK USA, N.A.
BROOKLYN, NY 06/04/07
410067382 1

| Account Number | Date Posted | Ird Ind | Check Number | Amount | Sequence Number | Tran Code |
|---|---|---|---|---|---|---|
| | 06/04/2007 | | 0000000005 | 10353.79 | 41673821 | 000005 |

Item 1 of 3




Check No.

2308 14544147

ANDOVERTAX REFUND

Pay to the order of

MINERVA OCASIO & CESAR CHICA
89 61 VANDERVEER ST
QUEENS VLG NY 11427-2411

12/06
47

$***5996*00

VOID AFTER ONE YEAR

7.31 INTEREST

14544147

024073

⑈023089⑈ ⑆000000518⑆ 14544147 2⑈ 040507 ⑈0000599600⑈

Minerva Ocasio & Cesar Chica

▶021001088◀
HSBC BANK USA, N.A. •
BROOKLYN, NY 06/04/07
4100673822

DO NOT CASH CHECK ... TO LIGHT TO VERIFY WA...

| Account Number | Date Posted | Ird Ind | Check Number | Amount | Sequence Number | Tran Code |
|---|---|---|---|---|---|---|
| | 06/04/2007 | | 0000023089 | 5996.00 | 41673822 | 040507 |

Item 2 of 3



United States Treasury 15-51/000 P 109,409,966

Check No.

05 25 07 63 AUSTIN, TEXAS 2308 14544136
2308 14544136 20090800 130 ODOLC ANDOVERTAX REFUND

Pay to the order of
NERLINE C DOLCINE
88 25 208TH ST
QUEENS VLG NY 11427-2258

12/06
36

$***4357*79

VOID AFTER ONE YEAR

7.31 INTEREST

14544136
024062

⑈23089⑈ ⑆000000518⑆ 1454413623⑈ 040507 ⑈0000435779⑈

Nerline C Dolcine

▶021001088◀
HSBC BANK USA, N.A.
BROOKLYN, NY 06/04/07
410067382[illegible]

WARNING - DO NOT CASH CHECK WITHOUT ... HOLD TO LIGHT TO VERIFY WATERMARK ... U.S. TREASURY U.S. TREASURY U.S. ... penalty is a $10,000 fine ... (8-97)

| Account Number | Date Posted | Ird Ind | Check Number | Amount | Sequence Number | Tran Code |
|---|---|---|---|---|---|---|
| | 06/04/2007 | | 0000023089 | 4357.79 | 41673823 | 040507 |

Item 3 of 3